**SO ORDERED.**

**SIGNED this 18 day of February, 2009.**

_____
**Randy D. Doub
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.** |
| **ANN PIERCE ROSE,** | **08-06584-8-RDD** |
| **DEBTOR** | |

**ORDER REQUIRING REDACTION OF PROOF OF
CLAIM FILED BY GREEN TREE SERVICING, LLC**

Pending before the Court is the Motion to Seal filed by Green Tree Servicing, LLC ("Green Tree") on January 22, 2009 (the "Motion"). Green Tree filed Proof of Claim #1 on September 29, 2008 (the "Original Proof of Claim") and a replacement claim on December 3, 2008. No supporting documentation was filed in connection with the replacement claim. Now, more than five months after the Original Proof of Claim was filed, Green Tree requests the Court seal the documents attached to the Original Claim pursuant to FED. R. BANKR. P. 9037 in order to protect the Debtor's privacy.

FED. R. BANKR. P. 9037(a) provides that a "party or non-party making a filing may include only: (1) the last four digits of the social-security number and taxpayer-identification number; (2) the year of the individual's birth; the minor's initials; and the last four digits of the financial-account number." The Original Proof of Claim includes the statement of the Debtor's account, including the last four digits of the Green Tree account number; a Deed of Trust for the real property located at 4983

Travis Road, Whitakers, North Carolina 27891 recorded in the Registry of Deeds of Nash County in Book 1585, Page 491; the Manufactured Home Promissory Note, Security Agreement and Disclosure Statement; and a Certificate of Title. The Deed of Trust lists the Ann Pierce Rose's social security number on the page stamped as Book 1585, Page 496.

FED. R. BANKR. P. 9037(g) provides that "an entity waives the protection of subdivision (a) as to the entity's own information by filing it without redaction and not under seal."  Relying on subsection (g), the Court finds that Green Tree filed the Original Proof of Claim at its own peril.  The Original Proof of Claim identifies that Green Tree account with four numbers as allowed under subsection (a).

However, given that the attachment to the Original Proof of Claim includes Ms. Rose's social security number, the Court finds cause exists to require that the Original Proof of Claim be redacted. FED. R. BANKR. P. 9037(d). Simply filing a replacement proof of claim form as Green Tree has done is insufficient.

Wherefore, Green Tree shall file a redacted copy of the Original Proof of Claim in its entirety, including all attachments properly redacted to comply with FED. R. BANKR. P. 9037(a), within thirty (30) days of the date of this Order.  Upon proper filing of the redacted proof of claim, the Original Proof of Claim shall be sealed.

**SO ORDERED**.


**END OF DOCUMENT**